844

No. 88–7594. ADAMS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 88–7596. SANDERS *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 88–7597. WRIGHT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 88–7600. SADLER, GUARDIAN AD LITEM OF SADLER ET AL., MINORS *v.* RAINIER BANK OREGON, N. A., ET AL. Sup. Ct. Mont. Certiorari denied.

No. 88–7601. PROWS *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–7602. MAY *v.* GRAY ET AL. C. A. 6th Cir. Certiorari denied.

No. 88–7603. HOOPER *v.* DISTRICT OF COLUMBIA OFFICE OF HUMAN RIGHTS. C. A. D. C. Cir. Certiorari denied.

No. 88–7604. LARSEN *v.* LARSEN ET AL. C. A. 10th Cir. Certiorari denied.

No. 88–7605. BOLDEN *v.* FORD, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–7606. CURRY *v.* HADEN. C. A. 4th Cir. Certiorari denied.

No. 88–7608. THOMAS *v.* BUTLER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 88–7609. MATHEWS *v.* LOUISIANA ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–7610. MOKONE *v.* NEW JERSEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–7612. KARAAGAC *v.* DISTRICT OF COLUMBIA BOARD OF MEDICINE. Ct. App. D. C. Certiorari denied.

No. 88–7613. CALDERON-ABEJA *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.